To: Judge Cochran
Presiding Judge Keller

6-21-15
78,448-03

Article Texas Code of Criminal 4b36 cc 35 Written Evidence
There shall be furnished to the jury upon its request any exhibits admitted as evidence in the case. Acts 1965, 59th Leg. vol. 2, p. 317, ch. 722

Lopez v. State 628 S.W. 2d 82, 85 (Tex. Crim. App. 1982 panelop.) CCP art. 36.25 "Indicates that a jury may take with them any exhibits admitted as evidence, through a refusal or failure to allow the jury to have such exhibits is not error unless the jury request the exhibits

: The trial court denied the jury's request to review the DALLAS Police Dept. OFFense (ARRest) Report: DeFense's Exhibit No. 1, Thereby Depriving Applicant of an Exculpatory Version of the facts under" Brady v. Maryland. a reversible error under TCCP 36.25. I'm sending some of the paper work to show it was a error. Judge Mike Snipes admitted the Police Report for the Record purposes only. R/R Vol. I, 67 L. 12.-16. Trial Court clearly denied exculpatory version of the facts By Denying the jury's request to review the Arrest Report. Please present this information to be investigated and write me back to let me know what to procedure need to be taken. I'm sending some of the paper work to show a "prima facie. Thank you may God Bless You All

c.c. United States Supreme Court
c.c. United States District Court Northern Division, Dallas Texas

Sincerely,
Victor Black

P.S. Mr. Costa please send copies back I'm insigient

The presiding juror
is Brian J. Hall

*[signature]*

and we want to hear the

- 911 tape
- the medical records
- pictures (all)
- arresting report and notes

*[signature]*

FILED
2000 SEP 29 PM 1:38
GAIL
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

CAUSE NO. F09-62734-Y

THE STATE OF TEXAS

VS.

VICTOR JEWELL BLACK

IN THE CRIMINAL

DISTRICT COURT 7

DALLAS COUNTY, TEXAS

MEMBERS OF THE JURY:

The Court has received the following note requesting certain evidence admitted during the trial. The requested evidence will be provided to you with one exception. The arresting report and notes were not admitted into evidence and thus are not available for your consideration and examination.

JUDGE MIKE SNIPES
Criminal District Court 7
Dallas County, Texas

FILED
2010 SEP 29 PH 1:38
GARY FITZSIMMONS
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

069

SERVICE#: 0384394W          ARREST#: 09-077710          62734-265

AFFIDAVIT FOR ARREST WARRANT     COUNTY OF DALLAS     STATE OF TEXAS

        BEFORE ME, THE UNDERSIGNED AUTHORITY, ON THIS DAY PERSONALLY
APPEARED THE UNDERSIGNED AFFIANT WHO, AFTER BEING DULY SWORN BY ME, ON
OATH STATED: MY NAME IS _____S.W. GRIFFIS_____ AND I AM A PEACE
OFFICER OF THE CITY OF DALLAS, DALLAS COUNTY, TEXAS.  I, THE AFFIANT,
HAVE GOOD REASON AND DO BELIEVE THAT ON OR ABOUT 31 DECEMBER  2009  ONE
BLACK,VICTOR,JEWELL          DID THEN AND THERE IN THE CITY OF DALLAS,
DALLAS COUNTY, TEXAS COMMIT THE OFFENSE(S) OF:

        AGG ASLT/FV              F2     22.02     0384394W

AFFIANT'S BELIEF IS BASED UPON THE FOLLOWING FACTS AND INFORMATION:

DUETSCH,HENRY WALTER___  9179 , A FELLOW PEACE OFFICER OF THE CITY OF
DALLAS, DALLAS COUNTY, TEXAS, WHO PERSONALLY PARTICIPATED IN THE
INVESTIGATION OF THESE ALLEGED OFFENSE(S), PROVIDING THIS INFORMATION TO
AFFIANT, AND WHOSE INFORMATION AFFIANT BELIEVES TO BE CREDIBLE.

ON DECEMBER 31, 2009 AT ABOUT 0915 P.M. OFFICER(S) DUETSCH,HENRY WALTER #
9179 AND JONES,MICHAEL S # 7799 RESPONDED TO A CALL FROM THE POLICE
DISPATCHER REGARDING THE CUTTING AT 6146 BONNIE VIEW RD DALLAS, DALLAS
COUNTY, TEXAS.


CHARGE DESCRIPTION:     AGG ASLT/FV

ON 12-31-2009 AT APPROXIMATELY 9:15PM AO/S M.JONES 7799 AND H. DUETSCH
9179 RESPONDED TO A CUTTING AT 6146 BONNIE VIEW RD. AP BM BLACK V. AND
COMP B/F BRADFORD M. HAVE BEEN IN A DATING RELATIONSHIP FOR 1 AND A HALF
 YEARS. AO/S MADE CONTACT WITH THE COMP HAD GOTTEN INTO A VERBAL
ARGUMENT IN THE COURTYARD OF THEIR APT COMPLEX. THE WIT B/F NELSON
STATED THAT SHE HEARD THE ARGUMENT IN THE COURTYARD AND HEARD THE COMP
YELLING " PLEASE DON'T HURT ME." IN THE ALTERCATION THE AP BIT THE COMP
IN THE HEAD CAUSING A 1 INCH LACERATION ABOVE HER RIGHT EYE. THE COMP
RAN UP TO HER APT AND WENT INTO HER BEDROOM. THE AP FOLLOWED THE COMP
UPSTAIRS AND WENT INTO THE KITCHEN TO GET A 8 INCH STEAK KNIFE. THE AP
WENT INTO THE BACK BEDROOM AND GOT INTO A PHYSICAL ALTERCATION. THE AP
STABBED THE COMP IN THE STOMACH CAUSING A 1 INCH LACERATION AND IN THE
STRUGGLE THE COMP WAS CUT ON BACK OF HER NECK CAUSING A 2 INCH
LACERATION. PRIOR TO ARRIVAL THE AO/S RECEIVED A DESCRIPTION OF THE AP
AND STATING THAT THE AP WAS IN THE PARKING LOT WAVING A KNIFE. AO/S
CONTACTED THE AP IN THE PARKING LOT AO/S OBSERVED THE AP STANDING BEHIND
 A LARGE SUV AO/S ORDERED THE AP TO SHOW HIS HANDS, WALK FROM BEHIND THE
 VEHICLE AND GET ON THE GROUND.
AP WAS TAKEN INTO CUSTODY WITHOUT INCIDENT. AO DUETSCH 9179 RECOVERED
THE STEAK KNIFE THAT THE AP USED IN THE OFFENSE IN THE PARKING LOT UNDER

SERVICE#: 0384394W          ARREST#: 09-077710

AFFIDAVIT (CONTINUED)

THE FRONT BUMPER OF A PARKED FORD PROBE LICENSE PLATE TX BC6B894. THE
COMP WAS TRANSPORTED TO BAYLOR HOSPITAL BY DFR 725. THE AP WAS TAKEN TO
LEW STERRETT JAIL BY AO TEFT 9249 AND DAYTON 9569. AO/S JONES 7799 AND
DUETSCH 9179 WENT TO BAYLOR HOSPITAL TO TALK TO THE COMP. THE COMP
STATED THAT THE AP WAS DRUNK AND HAD BEEN SMOKING CRACK COCAINE. PES
H235 RESPONDED TO THE HOSPITAL TO TAKE PICTURES OF THE COMPS WOUNDS AND
TOOK CUSTODY OF THE KNIFE . DUE TO THE CONDITION OF THE COMP THE COMP
WAS UNABLE TO GIVE A STATEMENT FOR THE FAMILY VIOLENCE PACKET. FAMILY
PACKET WAS FILED. JI55 AND TLETS SHOWED NO PRIOR CONVICTIONS FOR FAMILY
VIOLENCE.

_____    WHEREFORE AFFIANT REQUESTS THAT AN ARREST
AFFIANT                       WARRANT BE ISSUED FOR THE ABOVE ACCUSED
                              INDIVIDUAL IN ACCORDANCE WITH THE LAW.

SUBSCRIBED AND SWORN TO BEFORE ME ON
DATE: ____DEC 31 2009_____    _____
                              MAGISTRATE

```
*********************************************************************
```

CAUSE NO. W09-62734-Y(B)

EX PARTE                                    *        IN THE CRIMINAL

VICTOR JEWELL BLACK,                        *        DISTRICT COURT NO. 7

APPLICANT                                   *        DALLAS COUNTY, TEXAS

## ORDER DESIGNATING ISSUES

Having considered the applicant's Application for Writ of Habeas Corpus and the State's Response, the Court finds that controverted, previously unresolved facts material to the legality of the Applicant's confinement exist. The Court finds that each of the allegations set forth in the application are controverted, unresolved factual issues which require additional evidence and/or testimony to be resolved.

The court appoints April E. Smith to resolve the issues and prepare findings of fact and conclusions of law for the Court. The issues may be resolved by affidavits, depositions, interrogatories, or by hearings, as deemed necessary by the person appointed herein.

*Above appointed attorney does not represent the Applicant. Applicant is not entitled to counsel at this time.*

The Clerk of the Court is ORDERED to send a copy of this order to Applicant, or Applicant's counsel (if so represented), and to counsel for the State.

Signed this ___28___ day of __November__, 2012.

_____
JUDGE